**97–1545. Edwards v. Johnson.**

Cuyahoga App. No. 72474. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due August 8, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**97–1647. State ex rel. SuperAmerica Group, Div. of Ashland Oil, Inc. v. Licking Cty. Bd. of Elections.**

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition involving an expedited election matter. It appears from the records of this court that relator has not filed evidence and a brief, due August 15, 1997, in compliance with S.Ct.Prac.R. X(9) and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*